FILED

UNITED STATES COURT OF APPEALS

JAN 14 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FIDEL H. PAJARILLO,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>COUNTRYWIDE HOME LOANS, INC.; et al.,<br><br>        Defendants - Appellees. | No. 13-17155<br><br>D.C. No. 2:09-cv-00078-LDG-GWF<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's October 23, 2014 "renewed motion to substitute appellees" and the accompanying addendum request that "U.S. Bank" be substituted for appellee "Bank of America." Appellant's motion is denied without prejudice to the filing of another renewed motion to substitute, accompanied by a proof of service demonstrating that the renewed motion has been served on the proposed substituted party, U.S. Bank. *See* Fed. R. App. P. 43(a)(1), (b). Appellant's renewed motion to substitute and proof of service is due within 21 days after the date of this order.

ELF/MOATT

If appellant files another renewed motion to substitute within 21 days after the date of this order, briefing will be stayed pending disposition of that motion. If appellant does not file a renewed motion to substitute within 21 days after the date of this order, the optional reply brief will be due within 35 days after the date of this order.

ELF/MOATT