**FILED**

**AUG 11 2015**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FIDEL H. PAJARILLO,<br><br>      Plaintiff - Appellant,<br><br> v.<br><br>COUNTRYWIDE HOME LOANS INC; et al.,<br><br>      Defendants - Appellees. | No. 13-17155<br><br>D.C. No. 2:09-cv-00078-LDG-GWF<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

Appellee U.S. Bank National Association entered an appearance in this appeal on May 20, 2015.

Within 30 days after the filing date of this order, U.S. Bank National Association shall file an answering brief or a statement that it joins in the answering brief filed on June 6, 2014.

Appellant's optional reply brief is due within 14 days after service of the U.S. Bank National Association's answering brief or statement.

                              FOR THE COURT:

                              MOLLY C. DWYER
                              CLERK OF COURT


                              By:  Emily L. Fedman
                              Deputy Clerk

ELF/MOATT