No. 13-17155
_____

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
_____

FIDEL H. PAJARILLO,

Plaintiff-Appellant,

*vs.*

COUNTRYWIDE HOME LOANS, INC.; RECONTRUST COMPANY;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; U.S. BANK
NATIONAL ASSOCIATION,

Defendants-Appellees.
_____

On Appeal From the United States District Court
For the District of Nevada
D.C. No. 2:09-cv-00078-LDG-GWF
_____

**APPELLEE U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON
BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE
LOAN TRUST 2006-1 MORTGAGE LOAN PASS-THROUGH
CERTIFICATES, SERIES 2006-1'S CORPORATE DISCLOSURE
STATEMENT**
_____

Christopher Jorgensen
Joel D. Henriod
Lewis Roca Rothgerber LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200

*Attorneys for Appellees*

6547744_1

U.S. Bank, N.A. is incorporated under the law of the United States as a national banking association. U.S. Bank National Association is incorporated under the law of the United States under the National Bank Act. U. S. Bank, N.A. has a parent company: U.S. Bankcorp that is publically traded. There is no publicly held company that owns more than 10% of U.S. Bankcorp's stock.

DATED this 10th day of September, 2015.

                                          LEWIS ROCA ROTHGERBER LLP

By: *s/ Christopher Jorgensen*
CHRISTOPHER JORGENSEN
JOEL D. HENRIOD
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
*Attorneys for Appellees*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2015, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery to the following non-CM/ECF participant:

Fidel Pajarillo
6706 Zephyr Wind Avenue
Las Vegas, NV 89139

By: *s/ Sue Silcott*
An Employee of LEWIS ROCA ROTHGERBER LLP