No. 13-17155
_____

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
_____

FIDEL H. PAJARILLO,

Plaintiff-Appellant,

*vs.*

COUNTRYWIDE HOME LOANS, INC.; RECONTRUST COMPANY;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; U.S. BANK
NATIONAL ASSOCIATION,

Defendants-Appellees.
_____

On Appeal From the United States District Court
For the District of Nevada
D.C. No. 2:09-cv-00078-LDG-GWF
_____

**APPELLEE U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON
BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE
LOAN TRUST 2006-1 MORTGAGE LOAN PASS-THROUGH
CERTIFICATES, SERIES 2006-1'S NOTICE OF JOINDER TO
COUNTRYWIDE HOME LOANS, INC.'S, RECONTRUST COMPANY'S
AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S
ANSWERING BRIEF**
_____

Christopher Jorgensen
Joel D. Henriod
Lewis Roca Rothgerber LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
*Attorneys for Appellees*

6547744_1

Appellee U.S. Bank National Association, as trustee, on behalf of the holders of the HarborView Mortgage Loan Trust 2006-1 Mortgage Loan Pass-Through Certificates, Series 2006-1 hereby joins in Appellees Countrywide Home Loans, Inc.'s, ReconTrust Company's and Mortgage Electronic Registration Systems, Inc.'s Answering Brief, filed June 6, 2014, Dkt. 14.

DATED this 10th day of September, 2015.

LEWIS ROCA ROTHGERBER LLP

By: *s/ Christopher Jorgensen*
CHRISTOPHER JORGENSEN
JOEL D. HENRIOD
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
*Attorneys for Appellees*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2015, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery to the following non-CM/ECF participant:

Fidel Pajarillo
6706 Zephyr Wind Avenue
Las Vegas, NV 89139

By: *s/ Sue Silcott*_____
An Employee of LEWIS ROCA ROTHGERBER LLP