**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 8 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FIDEL H. PAJARILLO, | No. 13-17155 |
| Plaintiff-Appellant, | D.C. No. 2:09-cv-00078-LDG-GWF |
| v. | District of Nevada, Las Vegas |
| COUNTRYWIDE HOME LOANS INC; et al., | ORDER |
| Defendants-Appellees. | |

Before: LEAVY, BERZON, and MURGUIA, Circuit Judges.

Pajarillo's motion to extend time to file a petition for rehearing (Docket Entry No. 48) is granted. Any petition for rehearing is due on January 3, 2017.