UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 10 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FIDEL H. PAJARILLO,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>COUNTRYWIDE HOME LOANS INC; et al.,<br><br>        Defendants - Appellees. | No. 13-17155<br><br>D.C. No. 2:09-cv-00078-LDG-GWF<br>U.S. District Court for Nevada, Las Vegas<br><br>**MANDATE** |

The judgment of this Court, entered November 22, 2016, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                     FOR THE COURT:

                                     MOLLY C. DWYER
                                     CLERK OF COURT

                                     By: Rebecca Lopez
                                     Deputy Clerk
                                     Ninth Circuit Rule 27-7